UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DALTON TRUCKING, INC.; et al.,

      Petitioners,

AMERICAN ROAD &
TRANSPORTATION BUILDERS
ASSOCIATION,

      Petitioner-Intervenor,

  v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY and SCOTT PRUITT, in his
official capacity as Administrator of the
USEPA,

      Respondents,

CALIFORNIA AIR RESOURCES
BOARD,

      Respondent-Intervenor.

No.   13-74019

Environmental Protection Admin

ORDER

Before:  TALLMAN and IKUTA, Circuit Judges, and OLIVER,[*] Chief District
Judge.

      [*]     The Honorable Solomon Oliver, Jr., Chief United States District
Judge for the Northern District of Ohio, sitting by designation.

The motion to continue oral argument (Doc. 71) filed by respondents United States Environmental Protection Agency and Scott Pruitt (collectively, the EPA) is GRANTED. This case is ordered removed from the May 18, 2017, San Francisco calendar. Oral argument will be rescheduled by a subsequent order if and when appropriate.

The EPA is directed to file a status report concerning its review within 90 days of the date of this order and every 90 days thereafter until directed otherwise.

When the EPA decides on a course of action with regard to the standards at issue, it shall notify the parties and the court, and all parties shall thereafter have 30 days to move the court regarding further proceedings. Such motions and responses thereto shall comply with Rule 27 of the Federal Rules of Appellate Procedure, unless the court directs otherwise.

The panel retains jurisdiction over this matter.