UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 9 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DALTON TRUCKING, INC.; et al., <br><br> Petitioners, <br><br> AMERICAN ROAD & TRANSPORTATION BUILDERS ASSOCIATION, <br><br> Petitioner-Intervenor, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, in her official capacity as Administrator of the USEPA, <br><br> Respondents, <br><br> CALIFORNIA AIR RESOURCES BOARD, <br><br> Respondent-Intervenor. | No.   13-74019 <br><br> Environmental Protection Admin <br><br> ORDER |

Before:  TALLMAN and IKUTA, Circuit Judges, and OLIVER,[*] District Judge.

On May 10, 2017, we granted respondent's motion to stay proceedings in this petition for review pending the outcome of further proceedings before the agency.  As of this date, reconsideration proceedings remain pending before the

---

[*]     The Honorable Solomon Oliver, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.

agency. The Clerk shall administratively close this docket pending a decision by the EPA in its pending review. Upon conclusion of the pending agency proceedings, the parties shall notify this Court in writing, and the Clerk will reopen this docket. No mandate shall issue, and this order does not constitute a dismissal or other ruling on the merits of this appeal. Appellate proceedings remain in abeyance pending further order of this Court.

IT IS SO ORDERED.